NICHOLAS J. ESCHENBRENNER, Respondent, *v.* GUDE BROS. KIEFFER COMPANY, Appellant.

*Appeal — failure of Appellate Division to specify grounds of reversal — case remitted to Appellate Division for amendment of order.*

Reported below, 202 App. Div. 752.

(Submitted November 20, 1922; decided December 5, 1922.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the second judicial

department, entered May 20, 1922, which reversed an order of Special Term denying a motion for a discovery and inspection and granted said motion.

The following question was certified: " Is the plaintiff entitled to an order permitting him to inspect the account books, vouchers, receipts and checks of the defendant for the year beginning March 1, 1918, and ending February 28, 1919? "

*Leon R. Jillson* for appellant.

*Clarence A. Appleton* for respondent.

Case remitted to Appellate Division to enable it to comply with provisions of section 620 of the Civil Practice Act; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.